IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
KENNETH LEE SIMMONS AND                                     CHAPTER 7
MARY ALLISON SIMMONS                                        CASE NO. 12-00937-EE

---

KENNETH LEE SIMMONS AND MARY                                PLAINTIFFS
ALLISON SIMMONS

VERSUS                                                      CASE NO. 12-00061-EE

BANK OF AMERICA, N.A.                                       DEFENDANT

---

### NOTICE OF APPEAL

Bank of America, N.A., the defendant, appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge denying Bank of America, N.A.'s Motion to Dismiss Amended Complaint, denying Bank of America, N.A.'s Motion for Summary Judgment, granting Trustmark National Bank's Motion for Summary Judgment, and entering its Final Judgment thereon, all made on the 24th day of April, 2014.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Kenneth Lee Simmons**
**Mary Allison Simmons**
Eileen Shaffer
401 E. Capitol Street, Suite 316
Jackson, MS 39215
(601) 969-3006
enslaw@bellsouth.net

179400.1

**Derek A. Henderson, Trustee**
**For Kenneth Lee Simmons and Mary Allison Simmons**
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com

**Trustmark National Bank**
Patrick McAllister
Williford McAllister & Jacobus
303 Highland Park Cove, Suite A
Ridgeland, MS 39157
(601) 991-2000
pmcallister@wmjlaw.com

Respectfully submitted, this 8th day of May, 2014.

                BANK OF AMERICA, N.A.

                BY:   Balch & Bingham LLP

                BY:   s/Donald Alan Windham Jr.
                        *Of Counsel*

Donald Alan Windham, Jr. (MSB# 100909)
Balch & Bingham LLP
188 East Capitol Street
Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466

Laura Henderson-Courtney
Underwood Law Firm PLLC
340 Edgewood Terrace Drive
Jackson, Mississippi 39206

179400.1

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that I have this day served, via the Court's electronic filing system, a true and correct copy of the above and foregoing pleading to all counsel of record.

This the 8th day of May, 2014.

s/Donald Alan Windham Jr.