

**SUMMARY APPRAISAL REPORT**

OF THE REAL PROPERTY LOCATED AT

3426 Old Canton Road
Jackson, MS  39211

for

Trustmark
P.O. Box 291
Jackson, MS 39205

Ex. A

as of

July 19, 2011

by

James E. Craig III
125 Hideaway Acres
Brandon, MS 39047

CRAIG APPRAISAL

# Uniform Residential Appraisal Report
File # 11-079

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| Field | Value |
|---|---|
| Property Address | 3426 Old Canton Road |
| City | Jackson |
| State | MS |
| Zip Code | 39211 |
| Borrower | N/A |
| Owner of Public Record | Kenneth & Mary Simmons |
| County | Hinds |
| Legal Description | SEE ADDITIONAL COMMENTS |
| Assessor's Parcel # | 3-14-1 |
| Tax Year | 2010 |
| R.E. Taxes $ | 5,799.90 |
| Neighborhood Name | Woodland Hills |
| Map Reference | 579.00 1 66.00 |
| Census Tract | 13 |
| Occupant | [X] Owner [ ] Tenant [ ] Vacant |
| Special Assessments $ | N/A |
| [ ] PUD | HOA $ N/A [ ] per year [ ] per month |
| Property Rights Appraised | [X] Fee Simple [ ] Leasehold [ ] Other (describe) |
| Assignment Type | [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) Estimate Market value for Trustmark Bank (Client) |
| Lender/Client | Trustmark    Address P.O. Box 291, Jackson, MS 39205 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of the appraisal? [ ] Yes [X] No
Report data source(s) used, offering price(s), and date(s). No current listing or sale of the subject property. No MLS Listing of the subject property in the last 12 months.

[ ] did [X] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. No contract for the subject property

Contract Price $ N/A    Date of Contract N/A    Is the property seller the owner of public record? [X] Yes [ ] No    Data Source(s) Tax Records
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [X] No
If Yes, report the total dollar amount and describe the items to be paid: No sales concessions noted.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | [X] Urban [ ] Suburban [ ] Rural | Property Values | [ ] Increasing [X] Stable [ ] Declining | PRICE $(000) | AGE (yrs) | One-Unit | 75.0 % |
| Built-Up | [ ] Over 75% [X] 25-75% [ ] Under 25% | Demand/Supply | [ ] Shortage [X] InBalance [ ] OverSupply | | | 2-4 Unit | % |
| Growth | [ ] Rapid [X] Stable [ ] Slow | Marketing Time | [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | 250 Low | new | Multi-Family | % |
| Neighborhood Boundaries | North of Lakeland Drive, east of Old Canton Road, south of Old Canton Road, and west of I-55. | | | 1,5mil+ High 550 Pred. | 85+ 50 | Commercial Other | 10.0 % 15.0 % |

Neighborhood Description: The property is located in an established neighborhood of high quality homes in northeast Jackson. The area is convenient to places of worship, shopping, schools and places of employment.

Market Conditions (including support for the above conclusions): Market activity over the last twelve months has been average. Demand for properties within the Woodland Hills area is average with younger purchasers buying older homes which are then updated and remodeled.

| Field | Value |
|---|---|
| Dimensions | 80Fx205LSx80Rx225RS |
| Area | 17200 +/- sq. ft. |
| Shape | Rectangular |
| View | good |
| Specific Zoning Classification | R1-A |
| Zoning Description | Single Family Residential |
| Zoning Compliance | [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe) |

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | X | | Water | X | Above Ground | City Of Jackson Street asphalt | X | |
| Gas | X | | Sanitary Sewer | X | Natural Gas | City Of Jackson Alley no | X | |

FEMA Special Flood Hazard Area [ ] Yes [X] No    FEMA Flood Zone X    FEMA Map No. 28049C 0308H    FEMA Map Date 11/18/09
Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No. If No, describe.
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe
***IDENTIFICATION OF HUD FLOOD HAZARD AREA IS SUBJECT TO CONFIRMATION BY FLOOD CERTIFICATE ***    Easements appear typical for the area.

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [ ] Concrete Slab [X] Crawl Space | | Foundation Walls | Concrete-Avg | Floors | Hwd/cpt/stone/tile/Cork-Avg |
| # of Stories 2 | | [ ] Full Basement [ ] Partial Basement | | Exterior Walls | Wood/Stucco-Avg | Walls | Srock-Avg |
| Type [X] Det. [ ] Att. [ ] S-Det/End Unit | | Basement Area sq. ft. | | Roof Surface | Metal-Avg | Trim/Finish | good |
| [X] Existing [ ] Proposed [ ] Under Const | | Basement Finish N/A % | | Gutters & Downspouts | None | Bath Floor | Marble/Gran/tile-Avg |
| Design (Style) conv. | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type | wood-Avg | Bath Wainscot | Marble/Gran/tile-Avg |
| Year Built 1993 | | Evidence of [ ] Infestation | | Storm Sash/Insulated | yes | Car Storage | None |
| Effective Age (Yrs) 10 | | [ ] Dampness [X] Settlement | | Screens | no | [X] Driveway # of Cars 2+ |
| Attic [ ] None | | Heating [X] FWA [ ] HWBB [ ] Radiant | | Amenities | | WoodStove(s)# | Driveway Surface concrete |
| [X] Drop Stair [ ] Stairs | | [ ] Other Fuel gas | | [X] Fireplace(s) # 1 [X] Fence | | [X] Garage # of Cars 2 |
| [X] Floor [ ] Scuttle | | Cooling [X] Central Air Conditioning | | [X] Patio/Deck [X] Porch | | [ ] Carport # of Cars |
| [ ] Finished [ ] Heated | | [ ] Individual [ ] Other no | | [ ] Pool [ ] Other | | [X] Att. [ ] Det. [ ] Built-in |

Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer [ ] Other (describe)
Finished area above grade contains: 12 Rooms    4 Bedrooms    5.5 Bath(s)    4,867 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.) *** See Additional Comments ***

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). Settlement is noted (interior Stress Crack Crack in floor) and is considered typical for the area due to unstable soil conditions in the Metro Jackson area and value does not appear to be effected. Subject was noted to have some areas of deferred maintenance items such as: Exterior paint needed, wood rot areas on the right side and rear of home, interior carpet replacing and what appears to be past water leaks noted in ceiling as seen in the attached photos. Home inspection would be required to not extent of damage if any.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe
The appraiser is not a certified expert in detecting any hidden defects either mechanical or structural. No adverse environmental conditions noted at observation.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe

Freddie Mac Form 70 March 2005    Page 1 of 6    Fannie Mae Form 1004 March 2005

CRAIG APPRAISAL

# Uniform Residential Appraisal Report    File # 11-079

There are **13** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **468,000.00** to $ **850,000.00**.

There are **7** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **500,000.00** to $ **850,000.00**.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 3426 Old Canton Road Jackson | 1912 Petit Bois Jackson | | 4708 Calnita Place Jackson | | 3731 Kings Highway Jackson | |
| Proximity to Subject | | 1.8 +/- Miles East | | 2.9 +/- Miles NE | | 0.2 +/- miles North | |
| Sale Price | $ N/A | $ 501,000 | | $ 575,000 | | $ 460,000 | |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 108.00 sq. ft. | | $ 108.98 sq. ft. | | $ 122.08 sq. ft. | |
| Data Source(s) | | Appraiser-MLS | | Appraiser-MLS | | Appraiser-MLS | |
| Verification Source(s) | | OLP $675,000 440 DOM | | OLP $799,000 169 DOM | | OLP $499,000 34 DOM | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sale or Financing Concessions | | Conv. Cash To Seller | | Conv. Cash To Seller | | Conv. Cash To Seller | |
| Date of Sale/Time | | 7/20/11 | | 1/3/11 | | 8/13/10 | |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 17200 +/- sq. ft. | Value $80,000 | | Value $75,000 | +5,000 | Value $70,000 | +10,000 |
| View | Street | Street | | Street | | Street | |
| Design (Style) | Conv. | Conv. | | Conv. | | Conv. | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | A18/E10 | A28/E10 | | A26/E10 | | A72/E15 | +12,500 |
| Condition | Good | Similar | | Similar | | Inferior | +7,500 |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 12 / 4 / 5.5 | 11 / 4 / 5 | +500 | 14 / 5 / 4F2H | +1,000 | 11 / 5 / 3 | +3,500 |
| Gross Living Area | 4,867 sq. ft. | 4,639 sq. ft. | +7,980 | 5,276 sq. ft. | -14,315 | 3,768 sq. ft. | +38,465 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central | Central | | Central | | Central | |
| Energy Efficient Items | Good | Good | | Good | | Good | |
| Garage/Carport | Gar 2 | 3 Car Garage | -2,500 | Garage 2 | | 3 Car Carport | +1,500 |
| Porch/Patio/Deck | Patio;Porch:ctyd | Inferior | +4,500 | Similar | | Similar | |
| | Appl.; Extras | Similar | | Similar | | Inferior | +5,000 |
| Net Adjustment (Total) | | [X] + [ ] - | $ 10,480 | [ ] + [X] - | $ -8,315 | [X] + [ ] - | $ 78,465 |
| Adjusted Sale Price of Comparables | | Net Adj. 2.09 % Gross Adj. 3.09 % | $ 511,480 | Net Adj. 1.45 % Gross Adj. 3.53 % | $ 566,685 | Net Adj. 17.06 % Gross Adj. 17.06 % | $ 538,465 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain **No known sales of the comparables in the last 1 year.**

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) **Owner/Deed Records**

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the prior year to the date of sale of the comparable sale.
Data Source(s) **MLS**

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No known sale in the last year | No known sale in the last year | No known sale in the last year | No known sale in the last year |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Deed Records | | | |
| Effective Date of Data Source(s) | 7/24/2011 | | | |

Analysis of prior sale or transfer history of the subject property and comparable sales **No sales noted on either comps or subject.**

Summary of Sales Comparison Approach  All Three Comparable Sales are good indications of value for the subject property. Land value has been adjusted to sales 2 and 3 with sale 1 similar to the subject. Age, condition, bath and square footage adjustments were made accordingly to all three sales. Sales 1 and 3 were adjusted for garage area with sale 1 adjusted for porch/patio area when compared to the subject. Sale 3 had inferior appliance/extras than the subject and adjusted accordingly. Sales and 2 have personally been appraised by this appraiser with a good knowledge of how the properties compare to the subject.  The subject is appraised at $550,000 or $113/SF. The indicated range is from $510,000 to $565,000 or from $105/SF to $116/SF (Adjusted).  As seen in the attached CMA the average sale is $128/SF with the average list $128/SF with the subject just below the average and reflective of the condition observed and concluded in the overall depreciation of the subject.

Indicated Value by Sales Comparison Approach $ **550,000**

Indicated Value by: Sales Comparison Approach $ **550,000**    Cost Approach (if developed) $ **591,200**    Income Approach (if developed) $ **N/A**

Full consideration was given to the Market Data Approach in a final value estimate. Properties in the area are not typically rented and therefore the Income Approach is not considered meaningful.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ **550,000**, as of **July 19, 2011**, which is the date of inspection and the effective date of this appraisal.

| | |
|---|---|
| Legal Description: | BEG NE COR LOT 15 BLK A WOODLAND HILLS SWLY 58.2 FT TO POB SWLY 80 FT SELY 203.5 FT NELY 80 FT NWLY 182.8 FT TO POB PT LOT 15 BLK A WOODLAND HILLS |

**ADDITIONAL COMMENTS**

Some extras include: security system, 20' ceiling in living area, vaulted ceiling areas, ceiling fans, gas log fp, central vac, accent lights, arched doorways, rear deck area, kitchen with formica/granite tops and upgraded kitchen equipment, screen porch area on second floor.

The Scope of Work of this assignment is to estimate market value of the subject property as of the effective date of this appraisal. MLS sales along with the Jackson Association Of Realtors Appraiser Database was utilized to research comparable sales data for the subject. Sales that have occurred in the last 12 months within the subject's neighborhood area or within 3 miles of the subject were found and analyzed. The best sales, in the appraisers opinion, were used in this appraisal report. Land value was estimated for the subject property by utilizing MLS sales data and known lot costs in the subject area (or if available in a new development) in order to determine a reasonable opinion of land value for the subject.

The Northeast Jackson area market (As with the rest of the country) has experienced difficult market conditions in the last several months. In my opinion, foreclosures, Mortgage Fraud and the looming recession to name a few, have softened the market over the past several months with properties experiencing a lower Market Price for properties that experienced in years past. Market Value (Appraised Value) as outlined in this appraisal report is not always equal to Market Price (The actual price paid) for a property. A property could have a higher Market Value than a Market Price when placed on the open market as currently experienced in the Northeast Jackson Market.

*It is to be noted that the appraiser is aware of a prior listing of the subject with Kitty Rushing several years ago. Mrs. Rushing was contacted and told me the asking price was in the $900,000 +/- Range and on the market over one year. The asking price of $900,000 or $185/SF was expired after an extened marketing time with the realtor.*

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

Lot values in the area are in the $80,000 value range representing 14% of the overall value which is reasonable in the subject market area. $80,000 represents $4.65/SF which is within the estimated range of land in the subject area and considered reasonable for the subject property.

ESTIMATED [ ]  [X] REPRODUCTION OR [ ] REPLACEMENT COST NEW    OPINION OF SITE VALUE.........=$ 80,000
Source of cost data  Local Builders Cost    Dwelling  4,867 Sq. Ft. @ $ 118  =$ 574,306
Quality rating from cost service good   Effective date of cost data 5/8/11    BSMT  Sq. Ft. @ $  =$
Comments on Cost Approach (gross living area calculations, depreciation, etc.)    FP/Porches/Patio/Appliances  =$ 20,000
SEE ATTACHED SKETCH    Garage/Carport  615 Sq. Ft. @ $  20  =$ 12,300
    Total Estimate of Cost-New  =$ 606,606
Due to the unique architectural design of the subject, the square footage is the appraisers best estimate taken from on-site measurements to include wall area and rounded to the nearest tenth.    Less  Physical  Functional  External
    Depreciation  110,402    =$ (110,402)
    Depreciated Cost of Improvements.........=$ 496,204
    'As-is' Value of Site Improvements.........=$ 15,000
    =$
Estimated Remaining Economic Life (HUD and VA only)  45  Years    Indicated Value By Cost Approach.........=$ 591,204

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)? [ ] Yes [ ] No   Unit type(s) [ ] Detached [ ] Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project
Total number of phases _____ Total number of units _____ Total number of units sold _____
Total number of units rented _____ Total number of units for sale _____ Data Source(s) _____
Was the project created by the conversion of existing building(s) into a PUD? [ ] Yes [ ] No  If Yes, date of conversion
Does the project contain any multi-dwelling units? [ ] Yes [ ] No  Data Source(s)
Are the units, common elements, and recreation facilities complete? [ ] Yes [ ] No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? [ ] Yes [ ] No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities