**Pat McAllister**

| | |
|---|---|
| **From:** | Derek Henderson [derek@derekhendersonlaw.com] |
| **Sent:** | Thursday, May 08, 2014 3:49 PM |
| **To:** | pmcallister@wmjlaw.com; 'Eileen N. Shaffer' |
| **Subject:** | FW: 3426 Old Canton Road |

And the hits just keep on coming.
Derek

-----Original Message-----
From: Kennedy & Company [mailto:smkjek@bellsouth.net]
Sent: Thursday, May 08, 2014 3:23 PM
To: derek@derekhendersonlaw.com
Subject: 3426 Old Canton Road



-----Original Message-----
From: elizabethaknight@aol.com [mailto:elizabethaknight@aol.com]
Sent: Thursday, May 08, 2014 2:59 PM
To: smkjek@bellsouth.net
Subject: Old Canton report

Dear Juanita,

On behalf of the buyer I regret to cancel the contract for the sale and purchase of 3426 Old Canton Road. The home inspection (which will be sent to you shortly) has revealed some deficiencies which were unexpected. These include, but are not limited to, mold.

Thank you so much for your cooperation during this sale.

Sincerely

Elizabeth Knight

Sent from my iPhone=


---
This email is free from viruses and malware because avast! Antivirus protection is active.
http://www.avast.com

Ex. B