

  HindsCountyMs.com     Database     Back    Print Page

# Real Property Billing Roll

| Parcel Number | Tax Year | |
|---|---|---|
| 3-14-1 | 2013 | 🔴 **Landroll Detail** |
| Tax District | Mortgage Info | 🔴 **Gis Map** |
| R01 | 027    00000117797331 | |

| Name | | Values | |
|---|---|---|---|
| **SIMMONS KENNETH L & MARY A** | | True | 372,130 |
| 3426 OLD CANTON RD | | Assessed | 37,213 |
| JACKSON MS 39211 | | Homestead Exemption | |
| | | Accounts | 106141 |
| Location | | Regular | 7,500 |
| 3426    OLD CANTON RD | | Special | 0 |
| Legal Description | | Taxes Due | |
| BEG NE COR LOT 15 BLK A WOODLAND HILLS    SWLY 58.2 FT TO POB SWLY 80 FT SELY 203.5    FT NELY 80 FT NWLY 182.8 FT TO POB PT LOT 15    BLK A WOODLAND HILLS | | State/County | 1,426.37 |
| | | Municipal    1 | 2,365.26 |
| | | Separate School Dist.    101 | 2,677.85 |
| Acreage Info. | | MS1    0 | 0.00 |
| Cultivated Acres | 0.00 | MS2    0 | 0.00 |
| Uncultivated Acres | 0.00 | Landscape Imp. Dist. | 0.00 |
| Payments | | | Less Homestead Exemption | 300.00 |
| Date | Amount | Int./Fees | ** Total Taxes ** | 6,169.48 |
| 12/12/13 | 6,169.48 | 0.00 | Total Paid | 6,169.48 |
| | | | Fees | |
| No Property Taxes Are Due | | Tax Amount Now Due | |
| | | Total Penalty Due | |
| | | Net Amount Due    5/12/2014 | |

Back    Search

Monday, May 12, 2014    **Contact Webmaster    Phone Numbers    Map to our Office**
Copyright © 2014 Hinds County Board of Supervisors All rights reserved.



Ex. C