## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: KENNETH LEE SIMMONS AND MARY ALLISON SIMMONS, | CASE NO. 12-00937-EE |
| DEBTORS. | CHAPTER 7 |
| KENNETH LEE SIMMONS AND MARY ALLISON SIMMONS | PLAINTIFFS |
| V. | ADVERSARY PROCEEDING NO. 12-00061-EE |
| BANK OF AMERICA, N.A. AND TRUSTMARK NATIONAL BANK | DEFENDANTS |

### ORDER RESETTING HEARING

**THIS CAUSE** having come on this date on the: 1) *Motion to Stay Execution of Judgment* (Adv. Dkt. #67) filed by Bank of America, N.A., 2) *Response of Trustmark National Bank to Motion to Stay Execution of Judgment* (Adv. Dkt. #72); and, 3) *Bank of America, N.A.'s Reply to Trustmark National Bank's Response to Its Motion to Stay Execution of Judgment* (Adv. Dkt. #75) filed in the above-styled adversary proceeding and the Court having considered the facts herein, finds that the hearing on July 8, 2014 (Adv. Dkt. #84), should be continued and reset.

**IT IS THEREFORE ORDERED** that the hearing on July 8, 2014, is hereby continued and reset to **TUESDAY, SEPTEMBER 16, 2014, at 11:00 O'CLOCK A.M.**

**SO ORDERED** on July 8, 2014.

*/s/ Edward Ellington*
**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**